

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CHAUNCEY DEANDRE REED, | § | No. 08-19-00283-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00451) |
| | § | |

## **O R D E R**

The Court on its own motion ORDERS the Rachel Simon, Official Court Reporter for the 168th District Court of El Paso County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit 2 (DVD) and State's Exhibit 2A (DVD). The supplemental reporter's record is due with this Court on or before November 15, 2021.

IT IS SO ORDERED this 4st day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.